Kevin J. Curtis, WSBA No. 12085
Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS, a
Professional Service Corporation
601 W. Riverside, Ste. 1900
Spokane, WA 99201
Telephone: (509) 838-6131

Attorneys for Defendant Daniel N. Gordon, P.C.

UNITED STATES DISTRICT COURT
DISTRICT OF WASHINGTON

| | |
|---|---|
| GERALD RUSSELL,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL N. GORDON, P.C., an Oregon debt collection law firm, and SECURITY CREDIT SERVICES, LLC, a Mississippi Limited Liability Company,<br><br>Defendants. | No. CV-12-514-JLQ<br><br>DEFENDANT DANIEL N. GORDON, P.C.'S NOTICE OF REMOVAL (SPOKANE COUNTY SUPERIOR COURT CAUSE NO. 12-02-01695-4) |

Defendant Daniel N. Gordon, P.C. ("DNG"), by and through its counsel, Kevin J. Curtis and Collette Leland of Winston & Cashatt, P.C., hereby files this

DEFENDANT DANIEL N. GORDON
P.C.'S NOTICE OF REMOVAL . . .
PAGE 1

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Notice of Removal of the above-described action to the United States District Court for the Eastern District of Washington from the Spokane County Superior Court where the action is now pending pursuant to 28 U.S.C. §§1331, 1441 and 1446 and states:

I.

Defendant DNG is a named defendant in the above-entitled action.

II.

A civil action was filed on May 5, 2012, in the Spokane County Superior Court in and for the State of Washington, Cause No. 12-2-01695-4 against Defendants DNG and Security Credit Services, LLC, a Mississippi Limited Liability Company ("Security Credit"), and is now pending in that court. The Summons and Complaint (copies attached as Exhibit Nos. 1 and 2) were served on Defendant Security Credit on February 16, 2012 through its registered agent in the State of Oregon, Corporation Service Company. Defendant DNG waived formal service and accepted service by mail on August 16, 2012.

III.

The Spokane County Superior Court suit is a civil action to recover damages in connection with Defendants' attempts to collect upon a debt alleged owing by

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

Plaintiff. Plaintiff has alleged violations of 15 U.S.C. §1692 et seq, the Fair Debt Collection Practices Act ("FDCPA), the Washington Consumer Protection Act ("WPCA"), and Washington common law.

IV.

This action is a civil proceeding of which this court has original jurisdiction pursuant to 15 U.S.C. §1692(k)(d) and 28 U.S.C. § 1331, and Defendant DNG is now entitled to remove the action to this federal court pursuant to 28 U.S.C. §§1441 and 1446, in that:

1. Plaintiff has asserted a claim under 15 U.S.C. §1692 et seq, thus rendering removal proper under 28 U.S.C. §§1441(c)(1)(A) and 1331;
2. Plaintiff has asserted claims under Washington law in the action related to her claims under 15 U.S.C. §1692 et seq that form part of the same case or controversy under Article III. Therefore, supplemental jurisdiction and removal of those claims is proper under 28 U.S.C. §§1367 and 1441(c)(B);
3. In a case with multiple defendants, each defendant has its own 30-day period. 28 U.S.C. §1446(b)(2)(C); Destino v. Reiswig, 630 F.3d 952, 956 (9th Cir. 2011) (adopting the later-served rule);

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

4. Defendant DNG waived formal service and accepted service by mail on August 16, 2012;

5. This action was removed within 30 days of waiver of formal service and acceptance of service by mail by the later-served defendant, Defendant DNG; and

6. This action was originally brought in Spokane County Superior Court which is within the district of this federal court.

V.

The following documents constitute all of the documents, process, and pleadings which were served upon the Defendant DNG in this action:

a. Summons, attached hereto as Exhibit 1;

b. Complaint, attached hereto as Exhibit 2;

c. Acceptance of Service for Daniel N. Gordon, P.C., attached hereto as Exhibit 3;

d. Notice of Appearance, Daniel N. Gordon for Security Credit Services, attached hereto as Exhibit 4;

e. Motions for Partial Summary Judgment and Motions to Dismiss, attached hereto as Exhibit 5;

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

    f. Affidavit of Daniel N. Gordon in Support of Security Credit's Motions for Summary Judgment, attached hereto as Exhibit 6;

g. Notice of Appearance, Kevin J., Curtis for Daniel N. Gordon, P.C., attached hereto as Exhibit 7;

h. Notice of Absence and Unavailability, attached hereto as Exhibit 8;

i. Notice of Association of Counsel, attached hereto as Exhibit 9;

j. Motion on Shortened Time; attached hereto as Exhibit 10;

k. Note for Hearing on Motion to Shorten Time, attached hereto as Exhibit 11;

l. Note for Hearing on Plaintiff's Cross Motion for Summary Judgment Against Security Credit Services, attached hereto as Exhibit 12;

m. Plaintiff's Opposition to Security Credit Services, LLC's Moiton for Partial Summary Judgment and Motion to Dismiss and Plaintiff's Cross-Motion for Summary Judgment Against Security Credit Services, LLC, attached hereto as Exhibit 13;

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

n. Note for Hearing on Plaintiff's Cross Motion for Summary Judgment Against Security Credit Services, LLC, attached hereto as Exhibit 14;

o. Note for Hearing on Plaintiff's Cross Motion for Summary Judgment Against Security Credit Services, LLC, attached hereto as Exhibit 15; and

p. Security Financial's Rebuttal to Plaintiff's Memorandum of Law and Reply to Plaintiff's Motion for Summary Judgment, attached hereto as Exhibit 16.

VI.

I have communicated with Daniel N. Gordon, counsel for Defendant Security Credit, who has stated that Security Credit will be filing a Notice of Consent to Removal.

VII.

Defendant will give written notice of the filing of this notice as required by 28 U.S.C. §1446(d).

A copy of this Notice will be filed with the Clerk of the Spokane County Superior Court as required by 28 U.S.C. §1446(d).

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

WHEREFORE, Defendant DNG prays that this court accept this Notice of Removal and that the above-entitled action now pending in the Superior Court of Washington, County of Spokane, Cause No. 12-2-01695-4, be removed from the Spokane County Superior Court to the United States District Court for the Eastern District of Washington.

DATED this 21 day of August, 2012.

s/Kevin J. Curtis, WSBA No. 12085
Collette C. Leland, WSBA No. 40686
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
Attorneys for Defendant Daniel N. Gordon, P.C.
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com
E-mail Address: ccl@winstoncashatt.com

DEFENDANT DANIEL N. GORDON P.C.'S NOTICE OF REMOVAL . . .
PAGE 7

Winston & Cashatt

A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

I hereby certify that on August 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

SaraEllen Hutchison
Law Office of SaraEllenHutchison, PLLC
saraellen@saraellenhutchison.com

Robert Mitchell
bobmitchellaw@yahoo.com
Attorneys for Plaintiff

Daniel N. Gordon
Daniel N. Gordon, P.C.
dgordon@dgordonpc.com
Attorney for Defendant Security Financial Credit Services, LLC

s/Kevin J. Curtis, WSBA No. 12085
WINSTON & CASHATT, LAWYERS, a Professional Service Corporation
Attorneys for Defendant Daniel N. Gordon, P.C.
601 W. Riverside, Ste. 1900
Spokane, WA 99201
(509) 838-6131
Facsimile: (509) 838-1416
E-mail Address: kjc@winstoncashatt.com

Winston & Cashatt
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131